COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-07-00309-CV |
| IN THE INTEREST OF | § | Appeal from |
| CHRISTIAN TAYLOR HUGHES, | § | 383rd District Court |
| A MINOR CHILD. | § | of El Paso County, Texas |
| | § | (TC # 2003CM3036) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. Appellees do not object to dismissal of the appeal. We grant the motion and dismiss the appeal. Further, we deny as moot Appellant's motion for extension of time to file his brief. Costs are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

October 7, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.